IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

INDERJIT SINGH,
A-061-120-504,

Petitioner,

v.

SERGIO ALBARRAN, et. al.,

Respondents.

No. 1:26-cv-0940-DC-ICD (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF Nos. 8, 19)

Petitioner, an immigration detainee proceeding with retained counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his detention by U.S. Immigration and Customs Enforcement (ICE). ECF No. 1. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California Local Rules.

On September 22, 2026, the magistrate judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. ECF No. 19. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed September 22, 2026, ECF No. 19, are

ADOPTED;

2. The petition for a writ of habeas corpus, ECF No. 1, is DENIED to the extent it seeks release or an additional bond hearing;

3. Respondents' motion to dismiss, ECF No. 8, is DENIED as having been rendered moot;

4. Petitioner's request, ECF No. 15, is DENIED as having been rendered moot; and

5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 30, 2026**

Dena Coggins
United States District Judge